LAROY STEARNS vs. METROPOLITAN PROPERTY AND LIABILITY INSUR-
ANCE COMPANY. February 16, 1988. *Insurance,* Motor vehicle insurance,
Underinsured motorist, Construction of policy.

This case, here after allowance of the defendant insurer's application
for direct appellate review, is the fifth case decided today involving stacking
of underinsured motorist coverage in a motor vehicle insurance policy. It
raises issues disposed of in *LeCuyer* v. *Metropolitan Property & Liab. Ins.
Co., ante* 709 (1988), and in *Moore* v. *Metropolitan Property & Liab. Ins.
Co., ante* 1010 (1988). The relevant policy was the 1983 standard motor
vehicle policy, but the significant language is the same as that of the 1984
policy dealt with in the *LeCuyer* and *Moore* cases. The fact that each vehicle
was listed on a separate coverage selections page makes no difference. The
defendant insurer has paid $15,000 which is the single limit underinsured
motorist coverage shown on the coverage selections page.

The judgment declaring that the plaintiff was entitled to stack his under-
insured motorist coverage as to damages for injuries sustained in an October,
1983, accident is reversed, and a judgment, on the defendant's motion for
summary judgment, shall be entered declaring that the plaintiff is entitled
to recover under his underinsured motorist coverage only once to the limit
stated in his policy.

*So ordered.*

*Andre A. Sansoucy* for the defendant.
*Ellen Mattingly* for the plaintiff.